## Marshall *v.* General Baking Co., Inc. et al., Appellants.

Argued June 15, 1967.

*Roger B. Wood,* with him *Joseph R. Thompson,* for appellants; *David C. Harrison,* with him *Matthew Kramer,* and *Kramer & Harrison,* for appellees.

Order affirmed.

## Mozino *v.* Brewer Pharmacal Engineering Corporation, Appellant.

Argued June 20, 1967. *Walter M. Strine, Jr.,* with him *Morgan, Lewis & Bockius,* for appellant; *Leonard J. Tripodi,* for appellee.

Order affirmed.